IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           CASE NO. 1:99-cr-00036-MP-AK

KEITH LORENZO SINGLETON,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 59, Motion for Early Termination of Supervised Release by Keith Lorenzo Singleton. The court may, after considering the factors set forth in section 3553 (a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)— (1) terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice. 18 U.S.C. § 3583(e)(1). The Court has consulted with the probation office, and has reviewed the motion, the conduct of the defendant, and the considerations described above. The Court has determined that discharge of the defendant from the motion should be granted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The term of supervise release of Mr. Singleton is terminated, and Mr. Singleton is discharged from supervision.

    **DONE AND ORDERED** this _15th_ day of July, 2009

                            *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge